UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20mj2004 - Reid

UNITED STATES OF AMERICA

v.

MARK JOSEPH WOLFF,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013?  _____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014?  _____ Yes  __X__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: /s/ Lacee Elizabeth Monk
LACEE ELIZABETH MONK
Assistant United States Attorney
Fla. Bar No. 100322
99 Northeast 4th Street
Miami, FL. 33132-2111
Tel: (305) 961-9427
Fax: (305) 536-4699
Lacee.Monk@usdoj.gov


AO 91 (Rev. 08/09)  Criminal Complaint

## UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>MARK JOSEPH WOLFF,<br><br>_Defendant(s)_ | Case No. 20-mj-2004-Reid |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 23, 2019,__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Hobbs Act Robbery |
| 18 U.S.C. § 924(c)(1)(A)(iii) | Discharge of a Firearm in Furtherance of a Crime of Violence |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Adam Pascoe, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 01/03/2020

_____
_Judge's signature_

City and state: Miami, Florida

Lisette Reid, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Adam Pascoe, a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), being first duly sworn, hereby depose and state as follows:

### AGENT BACKGROUND

1. I am a SA with the FBI, and am currently assigned to the Violent Crimes and Fugitive Task Force of the FBI's Miami Division. My duties involve the investigation of a variety of violations of federal offenses, including bank robberies, Hobbs Act robberies, extortion, and other violations of federal law. I have been an FBI SA since November 2019 and have been assigned to the Miami Division since that time. Prior to becoming a SA, I was a law enforcement officer in Virginia with the Norfolk Police Department from 2012 to 2019.

### STATUTORY AUTHORITY

2. Title 18, United States Code, Section 1951(a) prohibits any person from obstructing, delaying, or affecting commerce or the movement of any article or commodity in commerce, by robbery or extortion or attempting or conspiring so to do, or committing or threating physical violence to any person or property in furtherance of a plan or purpose to do so.

3. Title 18, United States Code, Section 924(c)(1)(A)(iii) prohibits any person from discharging a firearm during and in relation to any crime of violence or drug trafficking crime.

### PURPOSE OF THE AFFIDAVIT

4. This Affidavit is made in support of a criminal complaint, charging Mark Joseph Wolff Jr. ("WOLFF") with knowingly obstructing, delaying, and affecting commerce and the movement of articles and commodities in commerce by means of robbery, in violation of Title 18, United States Code, Section 1951(a), and knowingly discharging a firearm in furtherance of a crime of violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

5.      The statements contained in this Affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials and civilian witnesses involved in this investigation. I have not included in this Affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against WOLFF for the above-described criminal violations.

## PROBABLE CAUSE

6.      On or about December 23, 2019, at approximately 12:15 a.m., an individual later identified as WOLFF entered the Marathon gas station located at 16815 South Dixie Highway, Palmetto Bay, Florida (the "Gas Station").

7.      Once inside the Gas Station, WOLFF removed two cases of Angry Orchard Hard Apple Cider ("Cider") from the beer coolers and placed them on the counter. WOLFF then exited the gas station.

8.      Approximately ten minutes later, WOLFF re-entered the Gas Station. By this point, the cashier (the "Victim") had returned the two six packs to the coolers.

9.      WOLFF again removed two six packs of Cider from the beer coolers, and attempted to walk out of the gas station without paying for the merchandise.

10.     Fearing that WOLFF was attempting to shoplift the merchandise, the Victim activated an automatic lock feature on the Gas Station's front door, preventing WOLFF from exiting the Gas Station with the merchandise.

11.     WOLFF then removed a black semi-automatic pistol from his pocket, pointed it at the Victim, and ordered the Victim to unlock the door. The Victim, who was behind bulletproof glass, saw the firearm, and activated the panic alarm.

12. WOLFF then returned to the front door and fired five rounds through the glass of the door, shattering the glass. WOLFF thereafter grabbed the two six packs of Cider and fled in a black Dodge Durango (the "Durango") with a covered license plate.

13. Officers from the Miami Dade Police Department responded to the Gas Station and recovered and reviewed surveillance photos of the robbery. These photos depict WOLFF wearing a black hooded sweatshirt with a distinct Miami Heat logo on the front, and a black brimmed baseball cap. The photos also depict WOLFF exiting the Gas Station at the north side of the building with the Cider in hand and entering the driver's side of the Durango. The Durango's license plate was concealed by what appeared to be a white t-shirt, and was seen fleeing north on South Dixie Highway.

14. Three days later, on or about December 26, 2019 at approximately 9:35 p.m., the Coral Gables Police Department arrested WOLFF for driving under the influence ("DUI"). At the time of the arrest, WOLFF was driving a black Dodge Durango with a stolen tag affixed to it. The stolen tag was stolen out of the Village of Palmetto Bay. Thereafter, the Coral Gables Police Department notified the Village of Palmetto Bay Police Unit ("Palmetto Police") via Teletype notification of the stolen tag, and Palmetto Police discovered that WOLFF's vehicle and his booking photograph from the DUI arrest matched the subject that committed the armed robbery at the Gas Station just three days prior.

15. On or about December 30, 2019, law enforcement officers responded to Downtown Towing, located at 2811 SW 70 Avenue, Miami, Florida, where the Coral Gables Police Department towed WOLFF's vehicle. Upon arrival, officers were met by WOLFF who asked if they were there to look at his Durango.

16. During his conversation with officers, WOLFF advised that he is an avid target shooter and that he owns several firearms, including a black Beretta. WOLFF stated that he lives alone at the 14500 SW 88 Avenue, Apartment 221, Palmetto Bay, Florida (the "Residence"), and has not been able to enter his apartment because his apartment key is inside of his vehicle, which was placed on hold by the Miami-Dade Police Department pending a search warrant.

17. Based on this information, law enforcement obtained WOLFF's booking photograph and presented a photograph array to the Victim. The Victim positively identified WOLFF as the person who committed the robbery at the Gas Station.

18. On or about January 2, 2020, law enforcement executed a search warrant at the Residence. Among other things, law enforcement recovered a black Miami Heat sweatshirt identical to the sweatshirt WOLFF wore on the surveillance video, a black brimmed baseball cap, several Cider cans and one Cider bottle, Converse sneakers, one 9mm black Beretta handgun, and ammunition matching the caliber of ammunition casings found at the scene of the Gas Station robbery.

*[continued on the next page]*

## CONCLUSION

19. Based on my training and experience and the facts detailed above, I respectfully submit that there is probable cause to believe that on or about December 23, 2019, WOLFF did knowingly obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, in violation of Title 18, United States Code, Section 1951(a), and did knowingly discharge a firearm in furtherance of a crime of violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT ADAM PASCOE
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn before me this day, January 3, 2020.

_____
HONORABLE LISETTE REID
UNITED STATES MAGISTRATE JUDGE



5